UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN LEHMAN,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C19-1731 RAJ<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff was required to file an opening brief on or before March 19, 2020. Dkt. 11. Plaintiff has neither filed an opening brief nor requested an extension of time.

      Plaintiff is ordered to show cause by April 10, 2020, why this matter should not be dismissed for lack of prosecution. Failure to show cause may result in dismissal of this action. Plaintiff may respond by filing an opening brief along with an explanation for the delay. If the Court finds the explanation reasonable, the Court will accept the late brief and amend the Scheduling Order to avoid prejudice to the Defendant.

      DATED this 30th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SHOW CAUSE - 1